IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RICHARD KERNS,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and BMW FINANCIAL SERVICES,<br><br>  Defendants. | CV 22–26–M–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff Richard Kerns' Motion for the *Pro Hac Vice* Admission of Yitzchak Zelman, Esq. (Doc. 3.) Mr. Zelman's application (Doc. 3-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motion (Doc. 3) is GRANTED on the condition that Mr. Zelman does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Zelman shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Zelman files a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 1st day of February, 2022.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court