IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RICHARD KERNS,<br><br>             **Plaintiff,**<br><br>        -v-<br><br>TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BMW FINANCIAL SERVICES,<br><br>             **Defendants.** | **Civil Case Number: 9:22-cv-00026-DLC** |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against all Defendants in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation and Order for Dismissal with prejudice of the claims asserted against all Defendants. It is respectfully requested that the matter be stayed for sixty (60) days to allow all parties to finalize settlement details.

In light of the settlement, it is further respectfully requested that the Pretrial Conference set for June 3, 2022 be cancelled.

Dated: May 26, 2022

/s/ Dawn McCraw
Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Tel: (818) 600-5585
Email: dawn@pricelawgroup.com

<u>/s/ Yitzchak Zelman</u>
Yitzchak Zelman, Esq., admitted *Pro Hac Vice*
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:    (732) 695-3282
Email: YZelman@MarcusZelman.com
*Attorneys for Plaintiff*
*Richard Kerns*