IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RICHARD KERNS, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and BMW FINANCIAL SERVICES, <br><br> Defendants. | CV 22–26–M–DLC <br><br><br> ORDER |

The parties have filed a notice of settlement in the above-captioned matter and request 60 days to file dismissal papers. (Doc. 21.)

Accordingly, IT IS ORDERED that within 60 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that the preliminary pretrial conference and all associated deadlines (Doc. 20) are VACATED.

DATED this 26th day of May, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1