Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Phone: (818) 600-5585
Fax: (866) 683-3985
Email: dawn@pricelawgroup.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for the Plaintiff, Richard Kerns*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **RICHARD KERNS,**<br><br>    **Plaintiff,**<br><br>    -v-<br><br>**TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BMW FINANCIAL SERVICES,**<br><br>    **Defendants.** | **Civil Case Number: 9:22-cv-00026-DLC** |

## NOTICE OF VOLUNTARY DISMISSAL AS TO TRANSUNION, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Richard Kerns ("Plaintiff") hereby dismisses all claims in this action against Defendant **TRANSUNION, LLC.**

All claims asserted against **TRANSUNION, LLC** in Plaintiff's Complaint, are dismissed with prejudice. Parties shall bear their own fees and costs in this action as to **TRANSUNION**.

Dated:  July 19, 2022

/s/ Dawn McCraw
Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Tel: (818) 600-5585
Email: dawn@pricelawgroup.com

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: 732.695.3282
Email: yzelman@marcuszelman.com
*PRO HAC VICE*
*Attorneys for Plaintiff*