Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Phone: (818) 600-5585
Fax: (866) 683-3985
Email: dawn@pricelawgroup.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for the Plaintiff, Richard Kerns*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **RICHARD KERNS,**<br><br>    **Plaintiff,**<br><br> -v-<br><br>**TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BMW FINANCIAL SERVICES,**<br><br>    **Defendants.** | **Civil Case Number: 9:22-cv-00026-DLC** |

### STIPULATION OF DISMISSAL AS TO EQUIFAX

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims in their entirety against Defendant **EQUIFAX INFORMATION SERVICES, LLC** in the above-captioned matter, with prejudice.

A proposed Order of Dismissal as to EQUIFAX is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action against EQUIFAX.

Dated:        July 25, 2022

| | |
|---|---|
| /s/ Dawn McCraw<br>Dawn McCraw, Esq.<br>PRICE LAW GROUP, APC<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>Tel: (818) 600-5585<br>Email: dawn@pricelawgroup.com | /s/ Charles H. Carpenter<br>Charles H. Carpenter, Esq.<br>CARPENTER LAW FIRM PLC<br>210 N. Higgins Avenue, Suite 336<br>Missoula, MT 59802<br>Tel: (406) 543-0511<br>Email: carpentc@carpenterlawfirmplc.com |
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br>PRO HAC VICE<br>*Attorneys for Plaintiff*<br>*Richard Kerns* | *Attorneys for Defendant*<br>*Equifax Information Services, LLC* |