Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Phone: (818) 600-5585
Fax: (866) 683-3985
Email: dawn@pricelawgroup.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for the Plaintiff, Richard Kerns*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **RICHARD KERNS,**<br><br>    **Plaintiff,**<br><br>  -v-<br><br>**TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BMW FINANCIAL SERVICES,**<br><br>    **Defendants.** | **Civil Case Number: 9:22-cv-00026-DLC** |

### STIPULATION OF DISMISSAL AS TO EXPERIAN

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims in their entirety against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.,** in the above-captioned matter, with

prejudice. A proposed Order of Dismissal as to **EXPERIAN** is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action against **EXPERIAN.**

Dated: July 26, 2022

/s/ Dawn McCraw
Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Tel: (818) 600-5585
Email: dawn@pricelawgroup.com

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for Plaintiff*
*Richard Kerns*

/s/ Thomas J. Leonard
Thomas J. Leonard, Esq.
BOONE KARLBERG, P.C.
201 West Main Street, Suite 300
Missoula, MT 59807
Tel: (406) 543-6646
Email: tleonard@boonekarlberg.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*