Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Phone: (818) 600-5585
Fax: (866) 683-3985
Email: dawn@pricelawgroup.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for the Plaintiff, Richard Kerns*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **RICHARD KERNS,**<br><br>      **Plaintiff,**<br><br>-v-<br><br>**TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BMW FINANCIAL SERVICES,**<br><br>      **Defendants.** | **Civil Case Number: 9:22-cv-00026-DLC** |

## **STIPULATION OF DISMISSAL AS TO EXPERIAN**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims in their entirety against remaining Defendant **BMW FINANCIAL SERVICES** in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: July 28, 2022

<u>/s/ Dawn McCraw</u>
Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Tel: (818) 600-5585
Email: dawn@pricelawgroup.com

<u>/s/ Yitzchak Zelman</u>
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for Plaintiff*
*Richard Kerns*