Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Phone: (818) 600-5585
Fax: (866) 683-3985
Email: dawn@pricelawgroup.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for the Plaintiff, Richard Kerns*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **RICHARD KERNS,**<br><br>             **Plaintiff,**<br><br>      -v-<br><br>**TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BMW FINANCIAL SERVICES,**<br><br>             **Defendants.** | **Civil Case Number: 9:22-cv-00026-DLC** |

### NOTICE OF DISMISSAL AS TO BMW FINANCIAL SERVICES

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims in their entirety against remaining Defendant **BMW FINANCIAL SERVICES** in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:      July 28, 2022

/s/ Dawn McCraw
Dawn McCraw, Esq.
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Tel: (818) 600-5585
Email: dawn@pricelawgroup.com

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for Plaintiff*
*Richard Kerns*