IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RICHARD KERNS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and BMW FINANCIAL SERVICES,<br><br>　　　　Defendants. | CV 22–26–M–DLC<br><br><br>ORDER |

In response to this Court's show cause Order (Doc. 26), Plaintiff Richard Kerns has filed a notice of voluntary dismissal as to the only remaining defendant in this action, BMW Financial Services.  (*See* Docs. 27–28.)

Accordingly, IT IS ORDERED this Court's show cause Order (Doc. 26) is VACATED, and, because no claims remain outstanding, the Clerk of Court is directed to close the case file.

DATED this 28th day of July, 2022.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1